STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. ALLAN W. REDFIELD, PLAINTIFF IN ERROR.

Argued October 29, 1931—Decided February 1, 1932.

For the defendant in error, *Clifford A. Baldwin*.

For the plaintiff in error, *Harvey F. Carr*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered in the Supreme Court.

*For affirmance*—PARKER, CAMPBELL, CASE, BODINE, DALY, DONGES, VAN BUSKIRK, KAYS, DEAR, WELLS, KERNEY, JJ.   11.

*For reversal*—None.